LDA

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

ELEANOR FEINBERG AND
WALTER FEINBERG

Vs. C.A. NO: [redacted] 06 158 ML

MEGHAN R. PALMER AND
MICHAEL PALMER

**TRIAL BY JURY**

COMPLAINT

1. Plaintiffs, Eleanor and Walter Feinberg, are husband and wife, and citizens and residents of the State of Illinois.

2. Defendants, Meghan R. Palmer and Michael Palmer, are upon information and belief, daughter and father respectively, and residents of the City of Newport, State of Rhode Island.

3. Jurisdiction of this Honorable Court is pursuant to U.S.C. 1332(a)(1), diversity of citizenship.

FACTS

4. On July 2, 2005, Plaintiffs, Eleanor Feinberg and Walter Feinberg, were pedestrians in a crosswalk on Memorial Boulevard in Newport, Rhode Island.

5. Plaintiffs were at all relevant times in the exercise of due care for their own safety.

6. On the aforesaid date, the Defendant, Meghan R. Palmer, was operating her Father's, the co-defendant, vehicle with her father's consent, from a secondary street onto Memorial Boulevard, in Newport, Rhode Island,.

7. Defendant, Meghan R. Palmer, had a duty to operate the co-defendants vehicle in a prudent manner with due and reasonable care for the safety of others.

8. Notwithstanding the duty aforesaid, Defendant, Meghan R. Palmer, breached her duty by failing to maintain control of the vehicle and a proper look-out for pedestrians, thereby causing the motor vehicle to collide into the plaintiff, Eleanor Feinberg.

9. The collision caused personal injury to Eleanor Feinberg.

10. As a direct and proximate result of Defendant Meghan R. Palmer's negligent operation of the co-defendant's motor vehicle, Plaintiff, Eleanor Feinberg, was damaged.

11. The negligence of the defendant, Meghan R. Palmer, is imputed as a matter of law to the co-defendant owner of the vehicle she was operating, pursuant to R.I.G.L. 31-33-6.

12. Plaintiff, Eleanor Feinberg, suffered severe and permanent injuries to her mind and body, nerves and nervous system, has endured and will in the future endure extreme mental pain and suffering, has suffered a loss of earning capacity, and has been otherwise damaged.

13. As a direct and proximate result of the Defendants

negligence as aforesaid, Plaintiff Eleanor Feinberg has incurred and may in the future incur expenses for medical and nursing treatment and care, medicines, and hospitalization.

14. As a direct and proximate result of the negligence aforesaid, Plaintiff, Walter Feinberg, has suffered a loss of consortium of his wife.

WHEREFORE, Plaintiffs demand judgment against Defendants jointly and severally, Meghan R. Palmer, for a sum in excess of the minimum jurisdictional requirements of this Honorable Court plus statutory interest, costs and derivatively against co-defendant Michael Palmer, pursuant to R.I.G.L. 31-33-6, and such other relief as this Honorable Court deems just.

Plaintiffs,
By Their Attorney,

Heath S. Comley, Esq.,#3932
One Ship Street
Providence, RI 02903
Tel: (401) 331-5505
Fax: (401) 331-6110

Plaintiffs demand trial by jury and designate
Heath S. Comley, Esq., trial counsel.

______________________
Date