MPD:fm 06-212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELEANOR FEINBERG AND
WALTER FEINBERG

VS C.A. NO. 06-158 ML

MEGHAN R. PALMER AND
MICHAEL PALMER

# DEFENDANTS MEGHAN R. PALMER AND MICHAEL PALMER'S ANSWER TO PLAINTIFFS' COMPLAINT

## First Defense

Defendants are without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 1 of plaintiffs' complaint, and therefore leave plaintiffs to their proof; admit the allegations of paragraph 2; and deny the allegations of paragraph 3.

## Facts

Defendants neither admit nor deny the allegations of paragraphs 4 and 7 but leave plaintiffs to their proof thereof; admit the allegations of paragraph 6; and deny the allegations of paragraphs 5, 8, 9, 10, 11, 12, 13, and 14.

## Second Defense

If plaintiff Eleanor Feinberg sustained injuries and damages as alleged which is denied, she assumed the risk of injury.

## Third Defense

If plaintiff Eleanor Feinberg sustained injuries and damages as alleged which is denied, the same was due to her want of due care under the circumstances.

WHEREFORE, defendants demand that plaintiffs' action against them be dismissed and that judgment be entered for said defendants.

**Defendants claim a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendants
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: Heath S. Comley, Esq.
One Ship Street
Providence, RI 02903

DATED: May 16, 2006