MPD:lab 06-212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| ELEANOR FEINBERG and WALTER FEINBERG, Plaintiffs | : | |
| vs. | : | C.A. No.: 06-158 ML |
| MEGHAN R. PALMER and MICHAEL PALMER, Defendants | : | |

## STIPULATION

In the above entitled cause, it is agreed that the following entry be made:

Plaintiffs' action against the defendants is hereby dismissed with prejudice, no interest, no costs.

Heath S. Comley, Esq., Reg.# 3932
Attorney for Plaintiffs
One Ship Street
Providence, RI 02903
401-331-5505

Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendants
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: January 11, 2007

Enter:
Mary M. Lisi
USDJ 1/16/07